# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Miami Division

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SEP 2 6 2022

FILED _____ RECEIVED _____

**In re:**

CARLOS GARCIA

Code 7
No. 18-11056-LMI

Debtor.

## NOTICE OF APPEAL

the debtor CARLOS A. GARCIA, (Carlos) pursuant frbp 8002 hereby files Notice of Appeal on entry **ECF 500**, *when enter on the record by the cl*erk, to the District Court SD of Florida. <u>attached.</u>

Dated 9/18/2022

CARLOS ALBERTO GARCIA
Debtor
400 SW 89ct
Miami, Fl. 33174

| | | |
|---|---|---|
| | (2 pgs) | Debtor Carlos Alberto Garcia. (USDC Case #22-cv-21766-MGC) (Covington, Katrinka) (Entered: 06/27/2022) |
| 06/29/2022 | 494 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 492 Order Dismissing Appeal for Failure by Appellant(s) to Timely File Designation or Statement of Issues, for Failure by Appellant(s) to Pay Required Filing Fee, (Re: 481 Notice of Appeal filed by Debtor Carlos Alberto Garcia). USDC Case #22-cv-21766-MGC) Notice Date 06/29/2022. (Admin.) (Entered: 06/30/2022) |
| 07/19/2022 | 495 (2 pgs) | Notice to Withdraw Claim by: Robert A. Angueira as Trustee of the Bankruptcy Estate of Ericka Perez Re Claim Number: 4 Filed by Interested Party Robert A. Angueira. (Galban, Yanay) (Entered: 07/19/2022) |
| 07/20/2022 | 496 (6 pgs) | Trustee's Interim Report. The trustee has submitted to the Office of the United States Trustee an interim report for the period ending 6/30/2022. The interim report provides information concerning asset administration and an accounting of the financial activity in the case. (Dillworth, Drew) (Entered: 07/20/2022) |
| 08/12/2022 | 497 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor ONLY Filed by Debtor Carlos Alberto Garcia . (Skinner-Grant, Sheila) (Entered: 08/12/2022) |
| 08/15/2022 | 498 (2 pgs) | Order Discharging Debtor. (Barr, Ida) (Entered: 08/15/2022) |
| 08/16/2022 | 501 (1 pg) | Order Vacating Discharge Order. (Snipes, Jeanne) (Entered: 08/16/2022) |
| 08/17/2022 | 502 (6 pgs) | BNC Certificate of Mailing - Order of Discharge (Re: 498 Order Discharging Debtor.) Notice Date 08/17/2022. (Admin.) (Entered: 08/18/2022) |
| 08/17/2022 | 503 (7 pgs) | BNC Certificate of Mailing (Re: 499 Order Denying Discharge of Debtor As per ECF #19 in Adversary Case #20-1053-LMI .) Notice Date 08/17/2022. (Admin.) (Entered: 08/18/2022) |
| 08/17/2022 | 504 (7 pgs) | BNC Certificate of Mailing (Re: 500 Order Denying Discharge of Debtor As per ECF #23 in Adversary Case #20-1054.) Notice Date 08/17/2022. (Admin.) (Entered: 08/18/2022) |
| 08/18/2022 | 505 (5 pgs) | BNC Certificate of Mailing (Re: 501 Order Vacating Discharge Order.) Notice Date 08/18/2022. (Admin.) (Entered: 08/19/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/24/2022 20:18:02 | | | |
| PACER Login: | AcostadYydMU | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-11056-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 |



**ORDERED in the Southern District of Florida on July 30, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 7 |
| CARLOS ALBERTO GARCIA, | Case No.: 18-11056-BKC-LMI |
|     Debtor. | |
| _____/ | |
| KENNETH SCHURR, | |
| | Adv. Case No. 20-01054-LMI |
|     Plaintiff, | |
| v. | |
| CARLOS ALBERTO GARCIA, | |
|     Defendant. | |
| _____/ | |

**FINAL JUDGMENT AFTER CLERK'S DEFAULT
<u>AGAINST DEFENDANT CARLOS ALBERTO GARCIA,</u>**

1

**THIS CAUSE** having come before the Court on July 29, 2020 at 2:00 p.m. upon Plaintiff's Motion for Final Judgment After Clerk's Default against Defendant Carlos Alberto Garcia [ECF No. 18] (the "*Motion*"), filed by Kenneth Schurr (the *"Plaintiff"*), pursuant to *Fed. R. Civ. P.* 55, made applicable to this Adversary Proceeding by *Fed. R. Bankr. P.* 7055 and Bankruptcy Local Rule 7055-1, following the entry of a Clerk's Default against Defendant Carlos Alberto Garcia (the "*Defendant*") [ECF No. 12] in this Adversary Proceeding. The Court having reviewed the Motion and the Court file, and having entered a separate Order granting the Motion, it is

**ORDERED** as follows:

1. Final Judgment is entered in favor of the Plaintiff and against the Defendant as to Count I of the Complaint. Pursuant to 11 U.S.C. § 523(a)(5), the Defendant's liability for the unpaid Attorneys' Fees Award (as defined in the Complaint) in the amount of $350,503 is non-dischargeable.

2. Final Judgment is entered in favor of the Plaintiff and against the Defendant as to Counts I, II, IV, V, and VI of the Complaint. Pursuant to 11 U.S.C. §§ 727(a)(2)(a), 727(a)(2)(b), 727(a)(3), 727(a)(4), 727(a)(5) and 727(a)(6), the Debtor is denied a discharge.

3. The Court reserves jurisdiction to enter any further orders or take any other actions that may be necessary in connection with this matter, including but not limited to, the issuance of writs of execution, taxation of costs and consideration of any motions for attorney's fees.

4. The last known address of the Defendant Carlos Alberto Garcia, 400 SW 89 Ct, Miami, FL 33174; cgarcia1705@yahoo.com.

5. The Plaintiff's address is 2030 S. Douglas Road, Suite 105, Coral Gables, Florida 33134.

**Submitted By:**

/s/
Kenneth B. Schurr, Esq.
2030 S. Douglas Road, Suite 105
Coral Gables, Florida 33134
(305) 441- 9031 - Office
E-Mail: kbsservice@schurrlaw.com

**Copies Furnished To:**
Attorney Kenneth Schurr is directed to serve copies of this Order on all interested parties and to file a Certificate of Service.